# RICHARD PATTINSON, SURVIVING PARTNER OF THE
# PARTNERSHIP OF RICHARD AND ATKINSON PATTINSON
## v.
# ELIZABETH WHITAKER, WIDOW AND ADMINISTRATRIX
# OF JAMES WHITAKER, DECEASED

### 1807

#### JOURNAL ENTRIES

1. Declaration filed; appearance . . . . . *Journal, infra,* \*p. 62
2. Continuance . . . . . . . . . . . . " 86
3. Discontinuance; judgment . . . . . . . . " 129

#### PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . . .
2. Copy of record of district court . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

[None]